Case 6:26-cv-00005   Document 6   Filed 01/30/26 in TXSD   Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
January 30, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | |
|---|---|
| CESAR YOEL SANDOVAL CALDERAS, § <br> § <br> Petitioner, § <br> § <br> VS. § <br> § <br> KRISTI NOEM, *et al.*, § <br> § <br> Respondents. § | <br><br><br><br> CIVIL ACTION NO. 6:26-CV-00005 |

## OPINION AND ORDER OF TRANSFER

Petitioner filed this habeas case seeking relief pursuant to 28 U.S.C. § 2241. (D.E. 1). In the Petition, Petitioner, who is represented by counsel Nera Shefer, asserts he is being held at the Karnes County Immigration Processing Center in Karnes City, Texas. The Karnes County Immigration Processing Center is located in Karnes County, Texas which is within the Western District of Texas, San Antonio Division. 28 U.S.C. § 124 (d)(4).[1] However, Petitioner's counsel has filed this case in the Southern District of Texas, Victoria Division. 28 U.S.C. § 124 (b)(5).

It is well established that a petition for writ of habeas corpus filed pursuant to 28 U.S.C. § 2241 must be filed in the district where the prisoner or detainee is incarcerated. *Hooker v. Sivley*, 187 F.3d 680, 682 (5th Cir. 1999) (citation omitted); *see also Pack v.*

---

[1] A review of the U.S. Immigration and Customs Enforcement locator website confirms Petitioner is located at the Karnes County Immigration Processing Center. *See* https://locator.ice.gov/odls/#/details (last visited Jan. 30, 2026).

1 / 2

*Yusuff*, 218 F.3d 448, 451 (5th Cir. 2000) (citations omitted).  Accordingly, this case is more appropriately transferred to the Western District of Texas, San Antonio Division.

Rather than dismissal, the Court finds this case should be transferred. Therefore, the Clerk of Court is **ORDERED** to **TRANSFER** this case to the United States District Court for the Western District of Texas, San Antonio Division.  All pending Motions are **DENIED** as moot and the Clerk of Court is **DIRECTED** to **CLOSE** this case.

ORDERED on January 30, 2026.

                                              Jason B. Libby
                                   United States Magistrate Judge